NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **DESKTOP ALERT, INC. et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No.: 15-8337 (ES) (JAD)** |
| | : | |
| **ATHOC, INC. et al.,** | : | **ORDER** |
| | : | |
| **Defendants.** | : | |
| | : | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is a motion to remand filed by Plaintiffs Desktop Alert, Inc., and FCN, Inc.  (D.E. No. 22).  On February 24, 2016, United States Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Undersigned grant that portion of Plaintiffs' "application seeking to remand this matter to the Superior Court of New Jersey and deny Plaintiffs' request for fees and costs pursuant to 28 U.S.C. § 1447(c)."  (D.E. No. 26 at 14). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  To date, neither party has filed any objections.

Having reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 13th day of April 2016,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 26), in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand, (D.E. No. 22), is GRANTED; and it is further

**ORDERED** that Plaintiffs' request for fees and costs pursuant to 28 U.S.C. § 1447(c) is DENIED; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court, Law Division, Morris County.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**